# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1242
_____

PETER ANTHONY HUNT,

Appellant,

v.

KATRINA ELISE HUNT,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
David James Oberliesen, Judge.


January 21, 2026


PER CURIAM.

AFFIRMED. *See Pack v. Wiechert*, 285 So. 3d 1031, 1033 (Fla. 1st DCA 2019) (holding that "Florida courts will not rewrite the terms of a marital settlement agreement or any other contract in which the terms are clear and unambiguous"); *Nix v. Nix*, 930 So. 2d 711, 713 (Fla. 1st DCA 2006) (describing the freedom of parties to a dissolution action to decide that the parties' respective shares of retirement proceeds will be made "pursuant to an agreed-upon formula applied once disbursement of retirement proceeds begins").


OSTERHAUS, C.J., and ROBERTS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Peter Anthony Hunt, pro se, Appellant.

Michael Thomas Webster of Michael T. Webster, P.A., Shalimar, for Appellee.